# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: SLEVIN, KENNETH § Case No. 09-11105
      SLEVIN, LORA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Timothy W. Hoffman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $580,670.00 | Assets Exempt: $30,670.00 |
| Total Distribution to Claimants: $13,245.73 | Claims Discharged Without Payment: $220,764.53 |
| Total Expenses of Administration: $9,766.04 | |

3) Total gross receipts of $ 23,011.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $23,011.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,766.04 | 9,766.04 | 9,766.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 181,950.98 | 234,010.26 | 13,245.73 |
| **TOTAL DISBURSEMENTS** | $0.00 | $191,717.02 | $243,776.30 | $23,011.77 |

4) This case was originally filed under Chapter 7 on April 22, 2009.
. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2010           By: /s/Timothy W. Hoffman
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED DEBTS OWING DEBTOR | 1221-000 | 23,000.00 |
| Interest Income | 1270-000 | 11.77 |
| **TOTAL GROSS RECEIPTS** | | **$23,011.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Timothy W. Hoffman | 2100-000 | N/A | 3,050.91 | 3,050.91 | 3,050.91 |
| Timothy W. Hoffman | 2200-000 | N/A | 18.06 | 18.06 | 18.06 |
| Verbatim Reporting Service | 2990-000 | N/A | 174.13 | 174.13 | 174.13 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 1,243.50 | 1,243.50 | 1,243.50 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 90.50 | 90.50 | 90.50 |
| Ray H. Olmstead | 3210-000 | N/A | 4,952.50 | 4,952.50 | 4,952.50 |
| Ray H. Olmstead | 3220-000 | N/A | 38.64 | 38.64 | 38.64 |
| Franchise Tax Board | 2820-000 | N/A | 162.00 | 162.00 | 162.00 |
| International Sureties, LTD | 2300-000 | N/A | 35.80 | 35.80 | 35.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,766.04 | 9,766.04 | 9,766.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 13,582.71 | 13,582.71 | 988.80 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 35,716.31 | 35,716.31 | 2,600.09 |
| Capital Recovery III LLC | 7100-000 | N/A | 3,419.52 | 3,419.52 | 248.94 |
| Bank of America | 7100-000 | N/A | 47,933.19 | 47,933.19 | 3,489.45 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 14,070.92 | 14,070.92 | 1,024.34 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 5,983.89 | 5,983.89 | 435.62 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 8,524.57 | 8,524.57 | 620.57 |
| American Express Bank FSB | 7100-000 | N/A | 3,846.62 | 3,846.62 | 280.03 |
| Chase Bank USA,N.A. | 7100-000 | N/A | 1,021.44 | 1,021.44 | 74.36 |
| American Express Centurion Bank | 7100-000 | N/A | 11,775.83 | 11,775.83 | 857.26 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 7,343.16 | 7,343.16 | 534.57 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 23,263.70 | 23,263.70 | 1,693.56 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 4,496.98 | 4,496.98 | 327.37 |
| GE Money Bank | 7100-000 | N/A | 972.14 | 972.14 | 70.77 |
| Capital One Bank | 7100-000 | N/A | N/A | 2,695.21 | 0.00 |
| Bank of America | 7100-000 | N/A | N/A | 3,709.02 | 0.00 |
| Capital One Bank | 7100-000 | N/A | N/A | 5,392.69 | 0.00 |
| Chase | 7100-000 | N/A | N/A | 10,871.62 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| HSBC Bank | 7100-000 | N/A | N/A | 17,404.42 | 0.00 |
| Macy*s | 7100-000 | N/A | N/A | 2,438.41 | 0.00 |
| Home Depot | 7100-000 | N/A | N/A | 1,750.93 | 0.00 |
| Collectcorp | 7100-000 | N/A | N/A | 7,796.98 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 181,950.98 | 234,010.26 | 13,245.73 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11105  
**Case Name:** SLEVIN, KENNETH  
SLEVIN, LORA  
**Period Ending:** 09/01/10

**Trustee:** (007810) Timothy W. Hoffman  
**Filed (f) or Converted (c):** 04/22/09 (f)  
**§341(a) Meeting Date:** 05/21/09  
**Claims Bar Date:** 10/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence, Location: 336 Westridge Pl., Petaluma | 550,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking acct. - Bank of America | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | business checking acct. - Union Bank of CA | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | books, pictures, CD's, DVD's | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | watch, jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | misc. sporting equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wife's CALPERS | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | dba Uniform Express | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1998 BMW 740 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1997 Volvo 850 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | computer | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | LIQUIDATED DEBTS OWING DEBTOR (u)<br>    Discovered at sec. 341(a) hearing. | 0.00 | 0.00 | | 23,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 11.77 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$580,670.00** | **$0.00** | | **$23,011.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

Nonexempt a/r of sole prop. business (unschecduled)  
6/9/09 Order to employ Olmstead as attorney  
7/17/09 Turnover of accounts receivable  
7/17/09 Request Notice of Possible Dividends  
12/24/09 order to abandon real property  
2/17/10 Order to employ Richard Pierotti as accountant  
3/30/10 Ray Olmstead filed an Application for Compensation  
Prompt determination runs June 9, 2010

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11105  **Trustee:** (007810) Timothy W. Hoffman
**Case Name:** SLEVIN, KENNETH  **Filed (f) or Converted (c):** 04/22/09 (f)
SLEVIN, LORA  **§341(a) Meeting Date:** 05/21/09
**Period Ending:** 09/01/10  **Claims Bar Date:** 10/20/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009  **Current Projected Date Of Final Report (TFR):** May 12, 2010 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-11105 | | Trustee: | Timothy W. Hoffman (007810) |
|---|---|---|---|---|
| Case Name: | SLEVIN, KENNETH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SLEVIN, LORA | | Account: | 312-2224491-65 - Money Market Account |
| Taxpayer ID #: | 54-6852192 | | Blanket Bond: | $4,000,000.00 (per case limit) |
| Period Ending: | 09/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/17/09 | {15} | Kenneth Slevin | Turnover of accounts receivable | 1221-000 | 23,000.00 | | 23,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 23,000.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 23,001.30 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 23,002.23 |
| 10/22/09 | | To Account #312222449166 | Transfer to pay court reporter for Rule 2004 examination by Ray Olmstead. | 9999-000 | | 174.13 | 22,828.10 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 22,829.03 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,829.99 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,830.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 22,831.85 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 22,832.71 |
| 02/26/10 | 1001 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2010 FOR CASE #09-11105, Bond no. 016030864 | 2300-000 | | 35.80 | 22,796.91 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 22,797.93 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 22,798.08 |
| 04/06/10 | | Wire out to BNYM account 000222449165 | Wire out to BNYM account 000222449165 | 9999-000 | -22,798.08 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 209.93 | 209.93 | $0.00 |
| | Less: Bank Transfers | | -22,798.08 | 174.13 | |
| | Subtotal | | 23,008.01 | 35.80 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $23,008.01 | $35.80 | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-11105 | |
| **Case Name:** | SLEVIN, KENNETH | |
| | SLEVIN, LORA | |
| **Taxpayer ID #:** | 54-6852192 | |
| **Period Ending:** | 09/01/10 | |

| | |
|---|---|
| **Trustee:** | Timothy W. Hoffman (007810) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | 312-2224491-66 - Checking Account |
| **Blanket Bond:** | $4,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/09 | | From Account #312222449165 | Transfer to pay court reporter for Rule 2004 examination by Ray Olmstead. | 9999-000 | 174.13 | | 174.13 |
| 10/22/09 | 101 | Verbatim Reporting Service | Invoice No. 38861 | 2990-000 | | 174.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 174.13 | 174.13 | $0.00 |
| | | | Less: Bank Transfers | | 174.13 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 174.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $174.13 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 09-11105 | | **Trustee:** | Timothy W. Hoffman (007810) |
|---|---|---|---|---|
| **Case Name:** | SLEVIN, KENNETH | | **Bank Name:** | The Bank of New York Mellon |
| | SLEVIN, LORA | | **Account:** | 9200-02224491-65 - Money Market Account |
| **Taxpayer ID #:** | 54-6852192 | | **Blanket Bond:** | $4,000,000.00 (per case limit) |
| **Period Ending:** | 09/01/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312222449165 | Wire in from JPMorgan Chase Bank, N.A. account 312222449165 | 9999-000 | 22,798.08 | | 22,798.08 |
| 04/09/10 | | To Account #92000222449166 | Transfer to pay state taxes. | 9999-000 | | 162.00 | 22,636.08 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 22,637.16 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.34 | | 22,638.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.30 | | 22,639.80 |
| 07/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.04 | | 22,639.84 |
| 07/02/10 | | To Account #92000222449166 | Transfer for distribution to creditors. | 9999-000 | | 22,639.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,801.84 | 22,801.84 | $0.00 |
| | | | Less: Bank Transfers | | 22,798.08 | 22,801.84 | |
| | | | **Subtotal** | | 3.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.76** | **$0.00** | |

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-11105  
**Case Name:** SLEVIN, KENNETH  
SLEVIN, LORA  
**Taxpayer ID #:** 54-6852192  
**Period Ending:** 09/01/10

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-02224491-66 - Checking Account  
**Blanket Bond:** $4,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/10 | | From Account #92000222449165 | Transfer to pay state taxes. | 9999-000 | 162.00 | | 162.00 |
| 04/09/10 | 10102 | Franchise Tax Board | 2009 Form 541 - Kenneth Slevin B/E | 2820-000 | | 81.00 | 81.00 |
| 04/09/10 | 10103 | Franchise Tax Board | 2009 Form 541 -- Lora Slevin B/E | 2820-000 | | 81.00 | 0.00 |
| 07/02/10 | | From Account #92000222449165 | Transfer for distribution to creditors. | 9999-000 | 22,639.84 | | 22,639.84 |
| 07/02/10 | 10104 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $1,243.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,243.50 | 21,396.34 |
| 07/02/10 | 10105 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $90.50, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 90.50 | 21,305.84 |
| 07/02/10 | 10106 | Ray H. Olmstead | Dividend paid 100.00% on $4,952.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,952.50 | 16,353.34 |
| 07/02/10 | 10107 | Ray H. Olmstead | Dividend paid 100.00% on $38.64, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 38.64 | 16,314.70 |
| 07/02/10 | 10108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 7.27% on $13,582.71; Claim# 1; Filed: $13,582.71; Reference: | 7100-000 | | 988.80 | 15,325.90 |
| 07/02/10 | 10109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 7.27% on $35,716.31; Claim# 2; Filed: $35,716.31; Reference: | 7100-000 | | 2,600.09 | 12,725.81 |
| 07/02/10 | 10110 | Capital Recovery III LLC | Dividend paid 7.27% on $3,419.52; Claim# 3; Filed: $3,419.52; Reference: | 7100-000 | | 248.94 | 12,476.87 |
| 07/02/10 | 10111 | Bank of America | Dividend paid 7.27% on $47,933.19; Claim# 4; Filed: $47,933.19; Reference: | 7100-000 | | 3,489.45 | 8,987.42 |
| 07/02/10 | 10112 | Chase Bank USA, N.A. | Dividend paid 7.27% on $14,070.92; Claim# 5; Filed: $14,070.92; Reference: | 7100-000 | | 1,024.34 | 7,963.08 |
| 07/02/10 | 10113 | Chase Bank USA, N.A. | Dividend paid 7.27% on $5,983.89; Claim# 6; Filed: $5,983.89; Reference: | 7100-000 | | 435.62 | 7,527.46 |
| 07/02/10 | 10114 | Chase Bank USA, N.A. | Dividend paid 7.27% on $8,524.57; Claim# 7; Filed: $8,524.57; Reference: | 7100-000 | | 620.57 | 6,906.89 |
| 07/02/10 | 10115 | American Express Bank FSB | Dividend paid 7.27% on $3,846.62; Claim# 8; Filed: $3,846.62; Reference: | 7100-000 | | 280.03 | 6,626.86 |
| 07/02/10 | 10116 | Chase Bank USA,N.A. | Dividend paid 7.27% on $1,021.44; Claim# 9; Filed: $1,021.44; Reference: | 7100-000 | | 74.36 | 6,552.50 |
| 07/02/10 | 10117 | American Express Centurion Bank | Dividend paid 7.27% on $11,775.83; Claim# 10; Filed: $11,775.83; Reference: | 7100-000 | | 857.26 | 5,695.24 |
| 07/02/10 | 10118 | Fia Card Services, NA/Bank of America | Dividend paid 7.27% on $7,343.16; Claim# 11; Filed: $7,343.16; Reference: | 7100-000 | | 534.57 | 5,160.67 |
| 07/02/10 | 10119 | Fia Card Services, NA/Bank of America | Dividend paid 7.27% on $23,263.70; Claim# 12; Filed: $23,263.70; Reference: | 7100-000 | | 1,693.56 | 3,467.11 |
| 07/02/10 | 10120 | Fia Card Services, NA/Bank of America | Dividend paid 7.27% on $4,496.98; Claim# 13; Filed: $4,496.98; Reference: | 7100-000 | | 327.37 | 3,139.74 |

Subtotals: $22,801.84 $19,662.10

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-11105 | | **Trustee:** | Timothy W. Hoffman (007810) |
|---|---|---|---|---|
| **Case Name:** | SLEVIN, KENNETH | | **Bank Name:** | The Bank of New York Mellon |
| | SLEVIN, LORA | | **Account:** | 9200-02224491-66 - Checking Account |
| **Taxpayer ID #:** | 54-6852192 | | **Blanket Bond:** | $4,000,000.00   (per case limit) |
| **Period Ending:** | 09/01/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/02/10 | 10121 | GE Money Bank | Dividend paid   7.27% on $972.14; Claim# 14; Filed: $972.14; Reference: | 7100-000 | | 70.77 | 3,068.97 |
| 07/02/10 | 10122 | Timothy W. Hoffman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,068.97 | 0.00 |
| | | | Dividend paid 100.00% on $3,050.91;  Claim# ; Filed: $3,050.91 | 3,050.91 | 2100-000 | | 0.00 |
| | | | Dividend paid 100.00% on $18.06;  Claim# ; Filed: $18.06 | 18.06 | 2200-000 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,801.84 | 22,801.84 | $0.00 |
| | | | Less: Bank Transfers | | 22,801.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,801.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,801.84** | |

```
Net Receipts :       23,011.77
                    _____
Net Estate :         $23,011.77
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 312-2224491-65** | 23,008.01 | 35.80 | 0.00 |
| **Checking # 312-2224491-66** | 0.00 | 174.13 | 0.00 |
| **MMA # 9200-02224491-65** | 3.76 | 0.00 | 0.00 |
| **Checking # 9200-02224491-66** | 0.00 | 22,801.84 | 0.00 |
| | $23,011.77 | $23,011.77 | $0.00 |

{} Asset reference(s)